# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

                          Case No. 1:05cr137

    v.

KOFI COOPER
    Defendant.

## CRIMINAL MINUTES before
## Magistrate Judge Timothy S. Black

Courtroom Deputy: **Jan Lahley**
Court Reporter: Mary Ann Maffia
Date/Time: 10/11/06 @ 1:30
United States Attorney:     Tim Oakley

Defendant Attorney     Federal Public Defender W. Kelly Johnson

*Initial Appearance Hearing on [] Complaint; [] Indictment; [] Information; or [] petition for supervised release*
[ ] Counsel present
[ ] Defendant informed of his / her rights     [ ] Defendant provided copy of charging document
[ ] Government moves for defendant to be detained pending detention hearing _____
[ ] Financial affidavit presented to the Court/Defendant
[ ] Counsel appointed.

*Detention hearing:* [ ] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____ Defendant Witness _____
[ ] OR   [ ] Secured with _____ [ ] Electronic Monitor [ ] Other _____
Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ]narcotic drugs unless prescribed [ ]use of firearms [ ] Travel Restricted to _____

*Pretrial Bond Violation Hearing*:
[ ] bond revoked - defendant detained pending trial [ ] bond continued [ ] bond modified:
Preliminary Exam Hearing set _____

*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [ ] waived; [ ] bond continued/denied
AUSA Witnesses: _____ Defendant Witnesses: _____
_____ _____
AUSA Exhibits: _____ Defendant Exhibits: _____

Arraignment on [X] *3rd Superseding* Indictment or [] Information or [ ] Misdemeanor Information:
Defendant waives reading [X]     Defendant pleads: [ ] GUILTY [X] NOT GUILTY
[ ] PSI ordered     [ ] Sentencing set for _____
[ ] Case to proceed before Judge *Barrett*

*Removal Hearing (Rule 40)*:
[ ] Defendant waives Identity Hearing.
[ ] Commitment to Another District Ordered (Rule 40).     [ ] Removed to _____
[ ] Probable Cause Found

Remarks: