UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR-1-05-137(1) |
| | : | |
| v. | : | **ORDER FOR DISMISSAL** |
| | : | |
| KOFI COOPER | : | Judge Barrett |

- - - - - - - - - - - - - - - - - - - - - - -

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Ohio hereby dismisses Counts 1, 3-4, 6-7, 9-14 of the Third Superseding Indictment, Counts 1-6 of the Indictment, Counts 1-8 of the Superseding Indictment, and Counts 1-8 of the Second Superseding Indictment pending against the defendant, KOFI COOPER.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

s/Timothy D. Oakley
Timothy D. Oakley
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio  45202
(513) 684-3711

Leave of Court is granted for the filing of the foregoing Order for Dismissal.

_May 5, 2008_
DATE

_Michael R. Barrett_
HONORABLE MICHAEL R. BARRETT
U.S. DISTRICT JUDGE