Case 1:05-cr-00137 RB   UNITED STATES DISTRICT COURT 11/05/2006    Page 1 of 1
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

**FILED**

## UNITED STATES OF AMERICA

vs.

## ROBERT MAYBERRY

JAN 16 2009

JAMES BONINI, Clerk
CINCINNATI, OHIO

# WARRANT FOR ARREST

**Case Number: CR-1-05-137 (9)**

*MRB*

---

## TO:  THE UNITED STATES MARSHAL
## AND ANY AUTHORIZED UNITED STATES OFFICER:

---

**YOU ARE HEREBY COMMANDED** to arrest **ROBERT MAYBERRY** and bring him or her forthwith to the nearest Magistrate to answer an Indictment charging him or her with

Distribution of controlled substance

in violation of Title 21 United States Code, Section 846.

**FILED**

OCT - 7 2006

JAMES BONINI, Clerk
CINCINNATI, OHIO

By:    Jan Lahley, Deputy Clerk

_____
Signature of Issuing Officer

October 5, 2006, Cincinnati, Ohio

Bail fixed at $ _____    by _____

---

| **RETURN** |
|---|
| This Warrant was received and executed with the arrest of the above-named defendant at _____ |
| _____ Arrested in Atlanta by USMS _____ |

| 10/5/06 | George L. Earls Dep. | |
|---|---|---|
| **DATE RECEIVED** | **NAME AND TITLE OF ARRESTING OFFICER** | **SIGNATURE OF ARRESTING OFFICER** |
| 1/7/09 | | I certify that this is a true and correct copy of the original filed in my Office on 10-5-06 |
| **DATE OF ARREST** | | JAMES BONINI, CLERK |

AO 442 (Rev. 5/93) Warrant for Arrest

BY: _____
Deputy Clerk

DATE: 11-20-08